# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| LEONARDO URREA, and <br> APRIL URREA, <br>     Plaintiffs, <br> v. <br> OCWEN LOAN SERVICING, LLC, <br>     Defendant. | No. 7:17-cv-00016-GEC |

## NOTICE OF SETTLEMENT

Plaintiffs, LEONARDO URREA and APRIL URREA, ("Plaintiffs"), through their attorney, Ferris Winder, PLLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

April 11, 2017      By:    /s/ Richard W. Ferris
                                  Richard W. Ferris, Esq.
                                  Virginia bar number 31812
                                  Attorney for Plaintiffs
                                  Ferris Winder, PLLC
                                  530 East Main St. Suite 300
                                  Richmond, VA 23219
                                  Phone: (804) 767-1800
                                  Fax: (888) 251-6228
                                  rwferris@ferriswinder.com

## CERTIFICATE OF SERVICE

On April 11, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Anna Jane Zarndt, annajanezarndt@troutmansanders.com.

By:    /s/ Richard W. Ferris
        Richard W. Ferris, Esq.