IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 05 2017

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| LEONARD URREA and APRIL URREA, ) | Civil Action No. 7:17CV00016 |
| Plaintiffs, ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| OCWEN LOAN SERVICING, LLC, ) | |
| ) | By: Hon. Glen E. Conrad |
| Defendant. ) | Chief United States District Judge |

The court has before it the plaintiffs' notice of voluntary dismissal. It is accordingly

**ORDERED**

that this action shall be, and it hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and this case shall be stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 5th day of June, 2017.

_____
Chief United States District Judge